IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02973-PAB-BNB

ALAN DEATLY,
NAPI (Colorado) LLC, a Washington limited liability company, and
15 CORPORATIONS, INC., a Washington limited liability company,

Plaintiffs,

v.

KEYBANK NATIONAL ASSOCIATION,
COLORADO DEPARTMENT OF REVENUE,
ROXY HUBER,
NEIL TILLQUEST,
BRUCE NELSON,
RICHARD GIARDINI,
JACKSON COUNTY, COLORADO and
JOHN DOES 1 THROUGH 100,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Withdraw** [docket no. 16, filed December 3, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. Steven A. Miller and Claire Molesworth are granted leave to withdraw from the representation of KeyBank National Association and are to be removed from the electronic service.

DATED:  December 4, 2012