IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02973-PAB-BNB

ALAN DEATLY,
NAPI (Colorado) LLC, a Washington limited liability company, and
15 CORPORATIONS, INC., a Washington limited liability company,

Plaintiffs,

v.

KEYBANK NATIONAL ASSOCIATION,
COLORADO DEPARTMENT OF REVENUE,
ROXY HUBER,
NEIL TILLQUEST,
BRUCE NELSON,
RICHARD GIARDINI,
JACKSON COUNTY, COLORADO and
JOHN DOES 1 THROUGH 100,

Defendants.
_____

**ORDER**
_____

This matter was set for a scheduling conference to occur this morning at 8:30 a.m.

Counsel for the plaintiffs and for KeyBank appeared as required. Counsel for the State

Defendants, Skippere Spear, failed to appear without explanation. Service of process has not yet

been perfected against Jackson County, and it did not appear. Also pending is the Unopposed

Motion for a Protective Order and to Stay Discovery [Doc. # 30] filed by Mr. Spear on behalf of

the State Defendants.

IT IS ORDERED:

(1)    A supplemental scheduling conference and hearing on the Unopposed Motion [Doc. # 30] are set for **March 5, 2013, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado; and

(2)    Counsel for the plaintiffs may appear at the hearing on March 5, 2013, by telephone by contacting the court on the appropriate date and time at 303-844-6408.

Dated January 25, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge