IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02973-PAB-BNB

ALAN DEATLY,
NAPI (Colorado) LLC, a Washington limited liability company, and
15 CORPORATIONS, INC., a Washington limited liability company,

Plaintiffs,

v.

KEYBANK NATIONAL ASSOCIATION,
COLORADO DEPARTMENT OF REVENUE,
ROXY HUBER,
NEIL TILLQUEST,
BRUCE NELSON, and
RICHARD GIARDINI,

Defendants.

_____

**ORDER**
_____

The parties appeared this afternoon for a scheduling conference. Consistent with matters discussed at that conference:

IT IS ORDERED:

(1) The plaintiffs shall respond to the **Unopposed Motion for a Protective Order and to Stay Discovery** [Doc. # 30] (the "Motion") on or before March 29, 2013; and

(2) Discovery is stayed pursuant to D.C.COLO.LCivR 30.2A only as against the State Defendants. The plaintiffs and Key Bank may conduct discovery among themselves concerning the contractual claims, and the State Defendants have agreed to participate in the deposition of Alan DeAtley, regardless of the pending Motion.

Dated March 20, 2013.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge