IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 12-cv-02973-PAB-BNB | Date: August 23, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
| --- | --- |
| ALAN DEATLEY<br>NAPI (COLORADO) LLC<br>15 CORPORATIONS, INC<br>**Plaintiff(s)** | *J. Daniel Bariault* |
| v. | |
| KEYBANK NATIONAL ASSOCIATION | *Alan D. Sweetbaum*<br>*Brian J. Berardini* |
| COLORADO DEPARTMENT OF REVENUE<br>ROXY HUBER<br>NEIL TILLQUEST<br>BRUCE NELSON<br>RICHARD GIARDINI<br>**Defendant(s)** | *Skippere S. Spear* |

---

**COURTROOM MINUTES**

---

**MOTIONS HEARING**

Court in Session:  12:54 p.m.

Appearance of counsel.

Argument given on [52] Motion for Sanctions for Failure to Appear at a Deposition.

**ORDERED:   [52] Motion for Sanctions for Failure to Appear at a Deposition is TAKEN
UNDER ADVISEMENT, written order to issue.**

Court in Recess:  1:25 p.m.    Hearing concluded.    Total time in Court:  00:31

---

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119