IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02973-PAB-BNB

ALAN DEATLY,
NAPI (Colorado) LLC, a Washington limited liability company, and
15 CORPORATIONS, INC., a Washington limited liability company,

Plaintiffs,

v.

KEYBANK NATIONAL ASSOCIATION, an Ohio corporation,

Defendant.

_____

**ORDER**
_____

The parties appeared today for a status conference. Consistent with matters discussed at the status conference,

IT IS ORDERED that the case schedule is modified to the following extent:

    Discovery Cut-Off:    March 31, 2014

    (All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

    Dispositive Motions Deadline:    April 30, 2014

    Expert Disclosures:

    (a)    The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before January 31, 2014

      (b)      The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before February 28, 2014

Final Pretrial Conference: A final pretrial conference will be held in this case on July 10, 2014. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than July 3, 2014.

Dated November 8, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge