IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02973-PAB-BNB

ALAN DEATLY,
NAPI (Colorado) LLC, a Washington limited liability company, and
15 CORPORATIONS, INC., a Washington limited liability company,

Plaintiffs,

v.

KEYBANK NATIONAL ASSOCIATION, an Ohio corporation,

Defendant.

_____

## ORDER
_____

This matter arises on the **Motion for Protective Order** [Doc. # 74, filed 12/17/2013].

The Motion for Protective Order is an attempt to argue again Mr. DeAtley's Motion for Stay [Doc. # 59]. Here, as in the Motion for Stay, Mr. DeAtley seeks to postpone his deposition to avoid a possible waiver of his Fifth Amendment right against self-incrimination in view of a pending state court prosecution. I have found, however, that Mr. DeAtley is "engaged in abusive litigation tactics for the improper purpose of manipulating the judicial system to delay both Keybank's attempts to pursue its foreclosure action and the state criminal prosecution." Order [Doc. # 67, filed 10/28/2013] at p. 6. The Motion for Protective Order is one more attempt at manipulation and delay, which I will not facilitate.

Mr. DeAtley also makes the following request:

> [I]f the deposition were held, Plaintiff DeAtley believes that it
> likely will be attended by individuals who are not parties to this
> litigation. Given civil counsel's concern over a possible waiver of
> Mr. DeAtley's Fifth Amendment privilege, counsel would ask

> [that] in the event the Court orders DeAtley to proceed with his deposition, that only parties and their counsel would be allowed to be present at the deposition and that the Court order that the parties treat the deposition transcript as confidential and not to be released to any third party.

Motion for Protective Order [Doc. # 74] at p. 3.

I agree that only parties and their counsel should be allowed to attend the deposition. There is no basis on the record now before me for requiring that the transcript be treated as confidential, however.

IT IS ORDERED that the Motion for Protective Order [Doc. # 74] is GRANTED IN PART and DENIED IN PART as follows:

• GRANTED to limit attendance at the deposition of Mr. DeAtley on December 20, 2013, solely to parties and their counsel; and

• DENIED in all other respects.

Dated December 17, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge