**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02973-PAB-BNB

ALAN DEATLEY,
NAPI (COLORADO) LLC, a Washington limited liability company,
15 CORPORATIONS, INC., a Washington corporation,

    Plaintiffs,

v.

KEYBANK NATIONAL ASSOCIATION, an Ohio corporation,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order [Docket No. 105] of Judge Philip A. Brimmer entered on December 29, 2014, it is

    **ORDERED** that Keybank's Motion for Summary Judgment [Docket No. 101] is **GRANTED**.  It is further

    **ORDERED** that judgment is hereby entered in favor of defendant and against the plaintiffs.  It is further

    **ORDERED** that, within 14 days of the entry of judgment, defendant may have its costs by filing a bill of costs with the Clerk of the Court.  It is further

    **ORDERED** that this case is dismissed in its entirety.

Dated at Denver, Colorado this 30th day of December, 2014.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

        By:  s/   A. García Gallegos

                Deputy Clerk